UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DELIA RAMIREZ, an Individual, | Case No. 2:24−cv−05996−AB−AJR |
| Plaintiff, | *[Assigned to Hon. Andre Birotte, Jr. Dept. 7B]* |
| vs. | **[PROPOSED] JUDGMENT** |
| IKEA US RETAIL LLC. | |
| Defendant. | |
| IKEA US RETAIL LLC, | |
| Third Party Plaintiff, | |
| vs. | |
| ESC FEDERAL d/b/a FEDERAL CLEANING CONTRACTORS, INC. and ROES 1 to 20, inclusive, | |
| Third Party Defendants, | |

Pursuant to the Court's Minute Order dated April 28, 2026, granting Third Party Defendant Environmental Service Concepts, LLC's Motion for Summary Judgment, and in accordance with Federal Rule of Civil Procedure Rule 58, IT IS

-1-
[PROPOSED] JUDGMENT

HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. **JUDGMENT** is entered in favor of Third Party Defendant ENVIRONMENTAL SERVICE CONCEPTS, LLC and against Third-Party Plaintiff IKEA U.S. RETAIL, LLC on IKEA's Third Party Complaint [Dkt. 61] in its entirety.

2. The Third Party Complaint is dismissed with prejudice.

3. ESC may recover costs as provided under Federal Rules of Civil Procedure Rule 54(d)(1).

IT IS SO ORDERED:

Dated: June 11, 2026

_____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE